JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORI LYNN KENDALL, | ) | Case No. 1:17-CV-00642-SKO |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| | ) | (Doc. 14) |
| NANCY A. BERRYHILL, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to February 1, 2018, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has several other filings due at this time.

**Kendall v. Berryhill**        **Stipulation and Order**        **E.D. Cal. 1:17-cv-00642-SKO**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 28, 2017    JACQUELINE A. FORSLUND
Attorney at Law


*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff


Date: December 28, 2017    PHILIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Richard M. Rodriguez*
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

## ORDER

Pursuant to the parties' above-stipulation showing good cause for a requested extension of time for Plaintiff to file her Opening Brief (Doc. 14), the request is hereby GRANTED. Plaintiff shall file her Opening Brief on or before February 1, 2018. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

**Kendall v. Berryhill**    **Stipulation and Order**    **E.D. Cal. 1:17-cv-00642-SKO**

Dated: **December 28, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

**Kendall v. Berryhill**  **Stipulation and Order**  **E.D. Cal. 1:17-cv-00642-SKO**