McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| LORI LYNN KENDALL, | ) Case No: 1:17-CV-00642-SKO |
| Plaintiff, | ) STIPULATION FOR EXTENSION OF TIME<br>) BY DEFENDANT TO FILE HER RESPONSIVE |
| vs. | ) BRIEF (DEFENDANT'S FIRST REQUEST);<br>) ORDER |
| NANCY A. BERRYHILL, Acting Commissioner | ) |
| of the Social Security Administration, | ) (Doc. 17) |
| Defendant. | ) |

The parties hereby stipulate through counsel and with the Court's approval that Defendant's time in which file and serve her responsive brief be extended from March 5, 2018, up until and including April 4, 2018. This is the first extension sought by Defendant.

There is good cause for this request. I have requested settlement authority from my client, the Office of Hearing Operations and expect a response should be forthcoming by the original within two weeks. Thereafter, I will need time to draft a stipulation and proposed order and discuss the terms of the stipulation with Plaintiff's counsel. I anticipate this process will take no longer than 30 days. If necessary, Plaintiff's time in which to file a reply will be extended as per the scheduling order issued in this case on May 10, 2017 (ECF #5 at 3).

This request is made in good faith with no intention to unduly delay the proceedings.

1:17-CV-00642-SKO                                                                                                                                                    1

Stipulation and Order for Extension of Time

Counsel for Defendant conferred with Plaintiff's counsel by email on February 26, 2018, who has no opposition to this request.

Respectfully submitted,

Dated: February 26, 2018
McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: February 26, 2018
*/s/Jacqueline A. Forslund., CSBN* 154475
By: Richard M. Rodriguez,
as authorized by email on February 26, 2018
JACQUILINE A. FORSLUND, ESQ.
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' above "Stipulation for Extension of Time by Defendant to File Her Responsive Brief" (Doc. 17), IT IS HEREBY ORDERED that Defendant has until April 4, 2018, to submit her response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 6) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **February 27, 2018**       /s/ *Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE

1:17-CV-00642-SKO

2

Stipulation and Order for Extension of Time